## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**ROBERT WEAVER**                                  **CIVIL ACTION NO:**

**VERSUS**

**DOCKENDALE SHIPPING COMPANY, LTD.,**
**DOCKENDALE SHIPPING MANAGEMENT, DMCCO,**
**AFRICAN GRIFFON SHIPPING CO., LTD. AND**
**THE M/V AFRICAN GRIFFON, IN REM**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## C O M P L A I N T

**NOW UNTO COURT,** through the undersigned counsel comes plaintiff, Robert Weaver, against M/V AFRICAN GRIFFON, her engines, tackle, apparel, furniture, etcetera, <u>in</u> <u>rem</u> and Dockendale Shipping Company Ltd., Dockendale Shipping Management, DMCCO, and African Griffon Shipping Co. Ltd., in personam, in a cause maritime in nature stating admiralty and maritime claims from the meaning of rule 9H of the federal rules civil procedure with respect represents:

1.

This honorable court has jurisdiction over this matter pursuant to 28 U.S.C . 1331 and 28 U.S.C . 1333.

2.

Defendants herein are:

    A.     The M/V AFRICAN GRIFFON, a vessel registered under the laws of nations other than the United States who frequents ports in the United States;

    B.     Dockendale Shipping Company Ltd., was, and is now a corporation organized and existing under the laws of a nation other than the United States of America and was at material times, the owner, the operator, the charter and/or the manager of the M/V AFRICAN GRIFFON and other vessels, engaged as common carrier of goods by water for hire between various ports, including the Port of New Orleans, Louisiana.

    C.     Dockendale Shipping Management, DMCCO, which is and was a corporation organized and existing under the laws of the nation other than the United States of America and was at material times, the owner, the operator, the charter and/or the manager of the M/V AFRICAN GRIFFON and other vessels, engaged as a common carrier of goods by water for hire between various ports, including the Port of New Orleans, Louisiana.

    D.     African Griffon Shipping Co., Ltd., which is and was a corporation organized and existing under the laws of the nation other than the United States of America and was at material times, the owner, the operator, the charter and/or the manager of the M/V AFRICAN GRIFFON.

3.

On or about March 26, 2018, the M/V AFRICAN GRIFFON was anchored in the Mississippi River south of New Orleans, Louisiana within this jurisdiction of the court, for the purpose of being offloaded of various cargo thereon.

4.

At all pertainment times hereto plaintiff, Robert Weaver, was a stevedore and Longshoreman employed by Associated Terminals, LLC. Associated Terminals was retained by the defendants or their agents for the purpose of offloading cargo from the holds of the M/V AFRICAN GRIFFON.

5.

In the early morning hours of March 26, 2018, plaintiff, Robert Weaver, slipped and fell due to the lack of proper non-skid surface on or about hatch # 2 on said vessel and the existence of cargo residue on the deck of said vessel, all which resulted in a unreasonably dangerous condition for the stevedoring crew in question.

6.

Plaintiff alleges that his accident was caused by the negligence of the defendants, including their crew, the master of the vessel, and the other agents in failing in their turnover duty of the vessel to the stevedore company. Specifically plaintiff alleges that the defendants failed to assure the surface deck in or around about the area of hatch #2 was properly coated with non-skid material and that residue from prior cargo which had already been unloaded days before was not cleaned and removed.

7.

As a result of the incident in question plaintiff, Robert Weaver, has suffered damages in the nature of mental and physical pain and suffering, past and future, medical bills, past and future, loss of income and impairment of earning capacity, pass and future, permanent disability and loss of enjoyment of life all of which he is entitled to sue for under the general maritime law and pursuant to 33 USC 905(b).

**WHEREFORE,** plaintiff, Robert Weaver, prays that:

1) Process in due form of law issue against all defendants including, Dockendale Shipping Company, Ltd., Dockendale Shipping Management Company, DMCCO, African Griffon Shipping Co., Ltd., and M/V AFRICAN GRIFFON citing each to appear and answer to this complaint;

2) Plaintiff have all relief sought herein including damages from the date of judicial demand, all costs of this proceeding and any and all just and equitable relief otherwise available under of the general maritime laws and general laws of the United States.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

   /s/ Jim S. Hall
**JIM S. HALL   (#21644)**
**MATTHEW B. MORELAND (#24567)**
**JENNIFER L. CROSE (#32116)**
800 N. Causeway Blvd., #100
Metairie, LA 70001
Telephone: 504-832-3000
Email:  jim@jimshall.com
       mmoreland@jimshall.com
       jcrose@jimshall.com

Please withhold in rem service to the M/V African Griffon, until further notice:

PLEASE SERVE:

Dockendale Shipping Company Ltd.
3rd Floor
Dockendale House
West Bay Street
Post Office Box N-1045S
Nassau, New Providence Island, Bahamas

Dockendale Shipping Management, DMCCO
Suite 227, Building 4
Gold and Diamond
Sheikh Zayed Road
Dubai
United Arab Emirates

African Griffon Shipping Co., Ltd.